*Henry Conner*
*vs*
*Sylvanus Blackmar*

5. Sept^ber 1811

Territory of Michigan, to wit

*Henry Conner Pltff*
*vs*
*Sylvanus Blackmar Dft*

Trespass *vi et armis*
Damages $1,000

Endorse "This action is brought to recover damages sustained by the Plaintiff, by reason of the Defendant's having trespassed upon the lands of the s^d plaintiff, and taken and kept possession of his mills &c

> Hickman. P. Q.

P. Audrain Esq[r]

    Please issue a capias as above returnable to next S. Court

Yr[s]

Sept[r] 5. 1811—                  HARRIS H. HICKMAN

[In the handwriting of Harris H. Hickman]